**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00116-CV**
_____

**C&T BUILDERS INC., Appellant**

**V.**

**GREY REYNOLDS AND TIFFANY REYNOLDS, Appellees**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-202,915**

**MEMORANDUM OPINION**

Appellant C&T Builders Inc. has filed a motion to dismiss this appeal. This motion is voluntarily made by appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 21, 2019
Opinion Delivered August 22, 2019

Before Kreger, Horton, and Johnson, JJ.